IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JEANNETTE BOURGEOIS**                                                 **PLAINTIFF**

v.                                    Civil Action No. 1:10cv553HSO-JMR

**NATIONWIDE MUTUAL INSURANCE CO.**                **DEFENDANT**

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Before the Court is the *ore tenus* Motion to Dismiss the claims and suit of Jeannette Bourgeois.  The Court, while noting the agreement of counsel and having considered same and being fully advised in the premises, finds that said Motion is well taken and should be granted.  Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the *ore tenus* Motion to Dismiss filed February 8, 2011, should be and hereby is **GRANTED**, and any and all claims of Jeannette Bourgeois be and the same are hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 8th day of February, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE